IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Progressive Mountain Insurance Company, )<br><br>Plaintiff, )<br><br>v. )<br><br>Bricknowledge Masonry, Inc.; ) Wolgast Corporation; Superior ) Masonry Unlimited, Inc.; Luis Flores- ) Rodriguez; Maria Lucas Cuenca, ) individually and as surviving spouse ) of Angel Ernesto Lucas-Cedeno; ) Angel Ernesto Lucas, Jr. as ) Administrator of the Estate of Angel ) Ernesto Lucas-Cedeno; State Farm ) Mutual Automobile Insurance ) Company; Allstate Property & ) Casualty Insurance Company ) | Civil Action File No.:<br>1:24-cv-04647-SCJ |
| Defendants. | |

---

**STIPULATION OF DEFENDANT STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY**

Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its undersigned counsel, hereby stipulates and agrees as follows:

1

5511731.1

1.      On October 14, 2024, Progressive initiated this declaratory judgment action (the "Action") seeking a determination there is no insurance coverage available, and accordingly no duty upon Progressive to defend or indemnify any individual or entity, under Progressive commercial auto liability policy, Policy No. 08039370, issued in the name of Bricknowledge with effective dates of August 15, 2021 to August 15, 2022 and Bodily Injury Coverage Limit of $25,000 and all endorsements thereto (the "Progressive Policy") for certain claims made in connection with a July 6, 2022, motor vehicle accident involving a 2008 Dodge Ram Truck 1500 bearing VIN 1D7HA18288J103710 (the "Subject Vehicle") operated by Luis Flores-Rodriguez ("Rodriguez") and a vehicle operated by Angel Lucas-Cedeno ("Cedeno"), on Interstate 75 in Bartow County, Georgia, wherein Cedeno sustained fatal injuries ("the Accident").

2.      Progressive has obtained proper service of the Summons and Complaint upon State Farm.

3.      State Farm agrees to be bound by the Court's determination in this Action of Progressive's obligations pursuant to the Progressive Policy in connection with the Accident and all claims or lawsuits relating to or stemming from the Accident, including but not limited to that certain personal injury action captioned *Maria Lucas Cuenca, individually and as surviving spouse of Angel Ernesto Lucas-Cedeno, and Angel Ernesto Lucas, Jr., as Administrator of the Estate of Angel*

5511731.1

*Ernesto Lucas-Cedeno, Deceased, v. Luis Flores-Rodriquez, Bricknowledge Masonry, Inc., Wolgast Corporation, and Superior Masonry Unlimited, Inc.*, 24-C-10245-S2 currently pending in the State Court of Gwinnett County, Georgia.

4.      State Farm agrees to waive all claims under the Progressive Policy.

5.      State Farm stipulates and agrees the stipulations as contained herein do not affect the rights of any other party to this Action under the Progressive Policy.

This 3rd day of June, 2025.

<div style="margin-left:40%">

Respectfully submitted,

MOSELEY MARCINAK LAW GROUP, LLP

*/s/ Robert "Rocky" C. Rogers*
Robert "Rocky" C. Rogers
Georgia Bar No.: 400671
rocky.rogers@momarlaw.com
*Attorney for Plaintiff, Progressive Mountain Insurance Company*

</div>

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 26148
Greenville, SC 29616
(864) 248-6029
(864) 248-6035 (fax)
rocky.rogers@momarlaw.com

3

WE CONSENT:

*/s/J. Holder Smith, Jr.*
J. Holder Smith, Jr.
P.O. Box 3007
Valdosta, GA 31604
229-242-2520
229-242-5040 fax
jaysmith@youngthagard.com
*Attorney for Defendant State Farm Mutual Automobile Insurance Company*

5511731.1

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned hereby certifies that the foregoing document was prepared in accordance with N.D. Georgia Local Rule 5.1 and 7.1(D).  Specifically, counsel certifies that he has used 14 point Times New Roman as the font in these documents.

Respectfully submitted this 3rd day of June, 2025.

<div align="right">

*/s/ Robert "Rocky" C. Rogers*
Robert "Rocky" C. Rogers
Georgia Bar No.: 400671
MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 26148
Greenville, SC 29616
(864) 248-6029
(864) 248-6035 (fax)
rocky.rogers@momarlaw.com
*Attorney for Plaintiff, Progressive Mountain Insurance Company*

</div>

5

5511731.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served opposing counsel of record, with the foregoing, by electronic mail, as follows:

W. Curtis Anderson
Downey & Cleveland
288 Washington Avenue
Marietta, GA 30060
anderson@downeycleveland.com
*Attorney for Defendant Bricknowledge Masonry, LLC*

William S. Cowsert
Joseph D. Stephens
Cowsert Heath, LLP
P.O. Box 627
Athens, Georgia 30603
bill.cowsert@cowsertheath.com
*Attorney for Defendant Wolgast Corporation*

Matthew J. Hurst
Riley J. Spitzig
Waldon Adelman Castilla McNamara & Prout
900 Circle 75 Parkway
Suite 1040
Atlanta, GA 30339
mhurst@waldonadelman.com
rspitzig@waldonadelman.com
*Attorneys for Defendant Luis Flores-Rodriguez*

Sean L. Gill
Gower, Wooten & Darneille, LLC
4200 Northside Parkway NW
Building 12
Atlanta, GA 30327
sgill@gwdlawfirm.com
*Attorneys for Allstate Property & Casualty Insurance
Company*

6

5511731.1

Edward Terrance McAfee
McAfee Law Firm, LLC
3235 Cains Hill Place
Atlanta, GA 30305
admin@mcafeelawfirm.com
*Attorney for Superior Masonry Unlimited, Inc.*

Madeline Elizabeth McNeeley
Jed Davis Manton
Harris Lowry Manton LLP
1418 Dresden Dr NE
Ste Unit 250
Brookhaven, GA 30319
404-961-7650
404-961-7651 (fax)
molly@hlmlawfirm.com
jed@hlmlawfirm.com
*Attorneys for Maria Lucas Cuenca*
*and Angel Ernesto Lucas, Jr.*

John Holder Smith, Jr
Young, Thagard, Hoffman, LLP
P.O. Box 3007
Valdosta, GA 31604
jaysmith@youngthagard.com
*Attorneys for State Farm Mutual Automobile Insurance Company*

Respectfully submitted this 3rd day of June, 2025.

*[Signature on the Following Page]*

7

5511731.1

8

*/s/ Robert "Rocky" C. Rogers*
Robert "Rocky" C. Rogers
Georgia Bar No.: 400671
MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 26148
Greenville, SC 29616
(864) 248-6029
(864) 248-6035 (fax)
rocky.rogers@momarlaw.com
*Attorney for Plaintiff, Progressive Mountain Insurance Company*

8